# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**ANGELO SCHIRALDI,**

      **Plaintiff,**

**-vs-**　　　　　　　　　　　　　　　　　　　　**Case No. 6:10-cv-547-Orl-28KRS**

**QUALITY ONE WIRELESS, INC., Q1W PAYROLL, LLC, JOHN CHIORANDO**

      **Defendant.**

_____

## ORDER

This case is before the Court on the Joint Motion for Approval of Settlement and Dismissal with Prejudice (Doc. No. 22) filed September 2, 2010. The United States Magistrate Judge has submitted a report recommending that the motion be granted.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

1. That the Report and Recommendation filed October 1, 2010 (Doc. No. 24) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Joint Motion for Approval of Settlement and Dismissal with Prejudice (Doc. No. 22) is **GRANTED** only to the extent that the Court finds the parties' settlement is a fair and reasonable resolution of the bona fide Fair Labor Standard Act disputes.

3. This case is dismissed with prejudice.

4. The Clerk is directed to close this file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this __27th___ day of October, 2010.

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party

JOHN ANTOON II
United States District Judge